IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LICIA A. MOODY,

    Plaintiff,

vs.                            CASE NO. 3:07cv410/RS-MD

ROBERT M. GATES, Secretary of
Department of Defense,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Motion to Dismiss (Doc. 19) is **granted**.

3. This case is dismissed with prejudice because of lack of subject matter.

4. The clerk is directed to close the file.

**ORDERED** on May 12, 2008.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**